**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6412**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRIAN T. REYNOLDS,

Defendant - Appellant.

———————————

**No. 98-6464**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRIAN T. REYNOLDS,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-96-109-A, CA-97-1661-AM)

———————————

Submitted:  May 14, 1998                    Decided:  June 3, 1998

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brian T. Reynolds, Appellant Pro Se.  Robert Andrew Spencer, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and denying his motion for a certificate of appealability. We have reviewed the record and the district court's orders and opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. United States v. Reynolds, Nos. CR-96-109-A; CA-97-1661-AM (E.D. Va. Dec. 17, 1997; Mar. 11, 1998). We grant Appellant's motion to adopt the attachments from the docketing statement in No. 98-6412 for consideration in case No. 98-6464. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED